IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEJONATHAN E. COX, ID # 1104964,       ) | |
|             Petitioner,       ) | |
| vs.       ) | No. 3:06-CV-0123-B |
|       ) | |
| NATHANIEL QUARTERMAN, Director,       ) | |
| Texas Department of Criminal       ) | |
| Justice, Correctional Institutions Division,       ) | |
|             Respondent.       ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court **DENIES** Petitioner's *Motion for Extension of Time to Submit Transcript Order Form* (doc. 28) and *Petitioner's Request for Out of Time Appeal* (doc. 29).

SIGNED this  26th  day of  May , 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE